In re:                                                              Case No. 21-31142-dwh
Edward A. Ariniello, Jr.                                      Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3                                 User: Admin.                                  Page 1 of 4
Date Rcvd: May 21, 2021                          Form ID: OSCMCV                         Total Noticed: 105

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward A. Ariniello, Jr., 29455 SW Heater Rd., Sherwood, OR 97140-5004 |
| 102263421 | + | Aaric Unverzagt, 16530 SW 147th, Portland, OR 97224-1353 |
| 102263422 | + | Aaron Unverzagt, 3644 SW 48th Pl, Portland, OR 97221-2102 |
| 102263424 | | Amer Sports, PO Box 3141, Carol Stream, IL 60132-3141 |
| 102263425 | | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 102263426 | | Arcteryx Equipment, PO Box 7247-6560, Philadelphia, PA 19170-6560 |
| 102263427 | + | Black Crows Corp, Pramex International, 1251 avenue of the americas, New York, NY 10020-1104 |
| 102263428 | + | Bonfire, Pretty Great, 106 W 4th Street Suite 500, Santa Anna, CA 92701-4609 |
| 102263429 | | Bula Sports USA, Inc., 5800 Sports USA, INC, Montreal, QC, Canada H4P 1M7, CANADA |
| 102263431 | | Burton Snowboards, PO Box 11626, Tacoma, WA 98411-6626 |
| 102263432 | + | C3 Worldwide, LLC, 4917 14th Ave NW, Seattle, WA 98107-5142 |
| 102263434 | + | Carrie Lattimer-Ariniello, 29455 SW Heater Rd., Sherwood, OR 97140-5004 |
| 102263436 | | City of Portland, Revenue/Financial Services, PO Box 984, Portland, OR 97207-0984 |
| 102263437 | | Clockwork Brand Management, 201-1201 Commercial Way, Squamish, BC V8B0V1, CANADA |
| 102263438 | + | Conductor, c/o WeWork HQ, 1619 Broadway 11th Floor, New York, NY 10019-7961 |
| 102263439 | + | Conductor LLC, c/o Marc Sabow, Esq., Hochheiser & Akmal PLLC, 910 Franklin Ave #220, Garden City, NY 11530-2940 |
| 102263440 | + | Corporation Service Company, as Representative for National Funding, PO Box 2576, Springfield, IL 62708-2576 |
| 102263441 | | Criteo Corp, PO Box 22764, Pasadena, CA 91185-2764 |
| 102263442 | + | Crossroads Financing, LLC, 6001 Broken Sound Pkwy, Ste 620, Boca Raton, FL 33487-2766 |
| 102263443 | + | Crossroads Financing, LLC, c/o Lee Haskins, CEO, 6001 Broken Sound Pkwy, Ste 620, Boca Raton, FL 33487-2766 |
| 102263445 | | DC Shoes, PO Box 749337, Los Angeles, CA 90074-9337 |
| 102263444 | | Dakine Inc., PO Box 743477, Lost Angeles, CA 90074-3477 |
| 102263446 | + | Earth2O, PO Box 70, Culver, OR 97734-0070 |
| 102263447 | + | Garrett Ledgerwood, Miller Nash, 3400 U.S. Bancorp Tower, 111 SW Fifth Ave., Portland, OR 97204-3604 |
| 102263448 | + | Goode, Carbon Innovation, 2450 Wall Avenue, Ogden, UT 84401-1332 |
| 102263449 | + | Gordini, PO Box 8440, Essex Junction, VT 05451-8440 |
| 102263450 | + | Group Rossignol USA, Inc., dba The Rossignol Group, 75 Remittance Drive, Suite 3080, Chicago, IL 60695-0001 |
| 102263452 | + | Huser Intergrated Technologies, 1313 NW 17th Ave, Portland, OR 97209-2412 |
| 102263456 | | IRS, Attn: Civil Process Clerk, U.S. Attorney, District of Oregon, 1000 SW 3rd, #600, Portland, OR 97204-2936 |
| 102263457 | | Jupa Sports, 9404, boulevard du Golf, Anjou(Quebec), Canada H1J3A1, CANADA |
| 102263458 | | K2 Sports, PO Box 913174, Denver, CO 80291-3185 |
| 102263459 | + | KPTV Digital, 14975 NW Greenbrier Pkwy, Beaverton, OR 97006-5731 |
| 102263460 | + | Kulkea, PO Box 335, Westwood, MA 02090-0335 |
| 102263461 | | Lavont Baker, c/o Willard E. Markel, Attorney at Law, One Columbia Street, Suite 520, Portland, OR 97258 |
| 102263462 | + | Law Offices of Brian J. Ferber, Inc., for C3 Worldwide - Client Ref 100086, 5611 Fallbrook Ave, Woodland Hills, CA 91367-4243 |
| 102263463 | + | Liberty Skis Corporation, PO Box 4555, Avon, CO 81620-4555 |
| 102263464 | + | Loser Machine, LLC, 17462 Von Karman Ave, Irvine, CA 92614-6206 |
| 102263465 | + | Luxottica of America, PO Box 50987, Los Angeles, CA 90074-0987 |
| 102263470 | + | MEDIAmerica, Inc., 715 SW Morrison St., #800, Portland, OR 97205-3131 |
| 102263466 | + | Mammut Sports Group, 458 Hurricane Ln Ste 411, Williston, VT 05495-2073 |
| 102263467 | | Marchon Eyewear, Inc., 88216 Expedite Way, Chicago, IL 60695-0001 |
| 102263468 | | Marker Volkl US, Inc., PO Box 913185, Denver, CO 80291-3185 |
| 102263471 | + | Mervin Solomon GST Trust UW 9-29-2008, Attn: Robert D. Solomon, 9 Mountain View Lane, Lake Oswego, OR 97035-1220 |
| 102263472 | + | Motion Water Sports, Arbor Snowboards, 7926 Bracken Place, Snoqualmie, WA 98065-9271 |

| | | |
|---|---|---|
| 102263474 | + | Nidecker US, Attn: Tyler Nation, 10153 W. River Street, Truckee, CA 96161-2392 |
| 102263475 | + | Nikita, Pretty Great, 106 W 4th Street Suite 500, Santa Anna, CA 92701-4609 |
| 102263476 | + | Nils, 3151 Airway Ave, Bldg V, Costa Mesa, CA 92626-4627 |
| 102263477 | + | Nitro Snowboards & L1 Outerwear, PO Box 651029, Salt Lake city, UT 84165-1029 |
| 102263479 | | O'neill Wetsuits LLC, PO Box 6300, Santa Cruz, CA 95063-6300 |
| 102263480 | + | Obermeyer, 115 AABC, Aspen, CO 81611-2502 |
| 102263483 | + | Phillip A & Priscilla S. Unverzagt Trust, 4810 NW Neskowin Ave, Portland, OR 97229-2812 |
| 102263484 | | Quiksilver Wholesale LLC, PO Box 749340, Los Angeles, CA 90074-9340 |
| 102263485 | | Reef - VF Outdoor LLC, 13911 Collection Center Dr, Chicago, IL 60693-0139 |
| 102263486 | | Rhythm Swin, Pacific Fair Shopping Centre-L1-R10, Broadbeach, QLD +218, AUSTRALIA |
| 102263487 | + | Robert Solomon, as Trustee of the, Mervin Solomon GST Trust UW 9-29-2008, 9 Mountain View Lane, Lake Oswego, OR 97035-1220 |
| 102263488 | | Rosenthal & Rosenthal, Inc., POC, P.O. Box 88926, Chicago, IL 60695-1926 |
| 102263489 | + | SCARPA North America, Inc, 3550 Frontier Ave., Unit E, Boulder, CO 80301-2430 |
| 102263490 | | Si Products - Sunince, 1675 Trans-Canada Highway Ste 200, Montreal, QC, Canada H9P 1J1, CANADA, |
| 102263492 | + | Smith Sport Optics, Inc., Attn: Credit Department, 300 LIghting Way, Ste 400, Secaucus, NJ 07094-3672 |
| 102263493 | | Sole Technology, PO Box 511293, Los Angeles, CA 90051-7848 |
| 102263494 | + | Sole Technology Headquarters, 26921 Fuerte Dr, Lake Forest, CA 92630-8149 |
| 102263495 | + | Solomon Management, Inc., Attn: Robert Solomon, 9 Mountain View Lane, Lake Oswego, OR 97035-1220 |
| 102263496 | + | Solomon Management, Inc., f/k/a U.S. Outdoor Store, Inc., c/o Garrett S. Ledgerwood, Esq., 111 SW 5th Ave, 3400 US Bancorp Tower, Portland, OR 97204-3604 |
| 102263497 | + | Spark R&D, PO Box 3284, Bozeman, MT 59772-3284 |
| 102263498 | + | Stanley Convergent Security Solutions, 8350 Sunlight Drive, Ste 200, Fishers, IN 46037-6700 |
| 102263499 | + | Strafe Outerwear, 115 Boomerang Rd 5201D, Aspen, CO 81611-4312 |
| 102263500 | + | Technica Group USA Corp, 19 Technology Dr., West Lebanon, NH 03784-1673 |
| 102263501 | + | Technica Group USA Corp, c/o Karen Maxham, 19 Technology Dr., West Lebanon, NH 03784-1673 |
| 102263506 | | The North Face Outdoor, LLC, 13911 Collection Center Dr, Chicago, IL 60693-0139 |
| 102263507 | + | The Rossignol Group, c/o Michael T. Davis, Esq., 12220 SW First St, Beaverton, OR 97005-2889 |
| 102263508 | + | The Small Business Administration, 1545 Hawkins Blvd Ste 202, El Paso, TX 79925-2654 |
| 102263509 | | Thyssenkrupp Elevator, PO Box 933004, Atlanta, GA 31193-3004 |
| 102263510 | + | Triple T Trading Ltd, 4025 152nd Street NE, Marysville, WA 98271-8940 |
| 102263511 | + | U.S. Outdoor Holding LLC, 600 NW 14th Ave., Portland, OR 97209-1737 |
| 102263512 | + | U.S. Small Business Administration, Attn: Kathleen L. Bickers, Asst U.S. Att, U.S. Attorney s Office, District of Oreg, 1000 SW Third Avenue, Suite 600, Portland, OR 97204-2936 |
| 102263514 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, Bankruptcy Department, PO Box 5229, Cincinnati, OH 45201 |
| 102263515 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank Credit Card, 321 SW 6th Ave., Portland, OR 97204 |
| 102263517 | | VF Outdoor, Smartwool, 32842 Collection Center Dr, Chicago, IL 60693-0328 |
| 102263520 | + | Vista Outdoor/Bell Sports, 6333 North State Hwy 161, Suite 300, Irving, TX 75038-2218 |
| 102263521 | | Volcom, LLC, Dept LA 23134, Pasadena, CA 91185-3134 |
| 102263522 | | Westlife Distribution LLC, 686, 227 E. Compton Blvd, Gardena, CA 90248-1909 |
| 102263523 | #+ | Willamette Week, 2220 NW Quimby St, Portland, OR 97210-2624 |
| 102263524 | + | Workman, PO Box 1813, Lafayette, CA 94549-8013 |
| 102263525 | + | World Famous Sport, Inc., Wells Fargo, 687 Anita Street, Chula Vista, CA 91911-4693 |

TOTAL: 84

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 102263423 | | Email/Text: tyler@myairblaster.com | May 21 2021 23:36:00 | Airblaster, LLC, PO Box 430, Bend, OR 97703 |
| 102263430 | + | Email/Text: bankruptcy@portlandoregon.gov | May 21 2021 23:36:00 | Bureau of Environmental Svcs, Portland Water Bureau, PO Box 4216, Portland, OR 97208-4216 |
| 102263433 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 22 2021 01:48:15 | Capital One - Spark Card, PO Box 60599, City of Industry, CA 91716-0599 |
| 102263451 | | Email/Text: accounting@hestrausa.com | May 21 2021 23:36:00 | Hestra Gloves, LLC, 12425 W. 54th Drive, Arvada, CO 80002 |
| 102263455 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2021 23:36:00 | IRS, Attn: Attorney General of United States, 10th Constitution NW #4400, Washington, DC 20530 |
| 102263453 | + | Email/Text: rmckay@biehlcollects.com | May 21 2021 23:37:00 | Icebreaker Nature Clothing Co, c/o Biehl & Biehl, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Inc., PO Box 87410, Carol Stream, IL 60188-7410 |
| 102263435 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 22 2021 01:51:44 | Chase Cardmember Service, PO Box 6294, Carol Stream, IL 60197-6294 |
| 102263469 | | Email/Text: sbriant@marmot.com | May 21 2021 23:36:26 | Marmot Mountain, LLC, PO Box 915170, Dallas, TX 75391-5170 |
| 102263473 | + | Email/Text: jduty@nationalfunding.com | May 21 2021 23:37:00 | National Funding, 9820 Towne Centre Drive, San Diego, CA 92121-1912 |
| 102263478 | | Email/Text: kmaxham@tgroupusa.com | May 21 2021 23:36:00 | Nordica USA, PO Box 849802, Dallas, TX 75284-9802 |
| 102263481 | + | Email/Text: bankruptcy.revenue@oregon.gov | May 21 2021 23:36:00 | ODR, ATTN: Bankruptcy Unit, 955 Center St NE, Salem, OR 97301-2555 |
| 102263482 | + | Email/Text: oed_bankrupt@oregon.gov | May 21 2021 23:37:00 | Oregon Employment Department, 875 Union St. NE, Salem, OR 97311-0800 |
| 102263491 | + | Email/Text: rmckay@biehlcollects.com | May 21 2021 23:37:00 | Smartwool, c/o Biehl & Biehl, Inc., PO Box 87410, Carol Stream, IL 60188-7410 |
| 102263503 | | Email/Text: ar@burton.com | May 21 2021 23:37:00 | The Burton Corporation, 80 Industrial Parkway, Burlington, VT 05401 |
| 102263502 | | Email/Text: kmaxham@tgroupusa.com | May 21 2021 23:36:00 | Tecnica, PO Box 849802, Dallas, TX 75284-9802 |
| 102263504 | + | Email/Text: ar@burton.com | May 21 2021 23:37:00 | The Burton Corporation, c/o Andrew McConnell, 180 Queen City Park Rd, Burlington, VT 05401-5935 |
| 102263505 | + | Email/Text: rmckay@biehlcollects.com | May 21 2021 23:37:00 | The North Face, c/o Biehl & Biehl, Inc., PO Box 87410, Carol Stream, IL 60188-7410 |
| 102263513 | | Email/Text: bankruptcy@ups.com | May 21 2021 23:37:00 | UPS, PO Box 894820, Los Angeles, CA 90189-4820 |
| 102263514 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 21 2021 23:37:00 | US Bank, Bankruptcy Department, PO Box 5229, Cincinnati, OH 45201 |
| 102263515 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 21 2021 23:37:00 | US Bank Credit Card, 321 SW 6th Ave., Portland, OR 97204 |
| 102263518 | + | Email/Text: lisa_long@vfc.com | May 21 2021 23:36:00 | VF Outdoor, Icebreaker, 13911 Collection Center Drive, Chicago, IL 60693-0001 |
| 102263519 | | Email/Text: lisa_long@vfc.com | May 21 2021 23:36:00 | VF Outdoor, Vans, 13911 Collection Center Dr, Chicago, IL 60693-0139 |
| 102263516 | + | Email/Text: rmckay@biehlcollects.com | May 21 2021 23:37:00 | Vans, c/o Biehl & Biehl, Inc., PO Box 87410, Carol Stream, IL 60188-7410 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 102263454 | *+ | IRS, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2021      Signature:      /s/Joseph Speetjens

**Below is an order of the Court.**

*David W. Hercher*

**U.S. Bankruptcy Judge**

OSCMCV (3/5/20)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re                                                    )
 Edward A. Ariniello Jr.                ) Case No. **21−31142−dwh11**
Debtor(s)                            )
                                                   ) ORDER SETTING CASE
                                                   ) MANAGEMENT CONFERENCE AND
                                                   ) NOTICE OF POSSIBLE DISMISSAL
                                                   )

Pursuant to 11 U.S.C. § 1188, the court directs the debtor in possession to appear for a case management conference as follows:

**Date:  6/17/21     Time:  01:30 PM**

**Location:  Video Hearing − To connect, see www.orb.uscourts.gov/video−hearings**

The purpose of the conference is to expedite the chapter 11 case by establishing early and continuing control, discouraging wasteful litigation activities, and facilitating settlement of disputed matters. Typically, matters to be discussed at the conference include the following:

1. Motions for extension of time to assume or reject leases;

2. Motions for relief from the automatic stay;

3. Adequate protection;

4. Operation of the debtor's business;

5. Fixing a date for a hearing on confirmation of plan;

6. Fixing the date by which a plan and notice to creditors and interest holders must be transmitted;

7. Fixing the date by which holders of claims and interest may vote to accept or reject the plan;

8. Fixing the date on which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to vote on the plan;

9. Applications for employment of professionals and anticipated budgets for professionals employed by the debtor in possession, committees, over−secured creditors, and others who may expect to be paid from the estate;

10. Whether debtor in possession has filed all pre−petition tax returns, and if not, when the returns will be filed;

11. Whether cause exists to appoint a committee of creditors or equity security holders pursuant to 11 U.S.C. § 1102(a); and

12. The contents of a further scheduling and case management order to follow as a result of the conference.

Secured creditors, lien creditors, and others contemplating filing motions for relief from stay are advised that many of the issues typically addressed in these motions are likely to be addressed at the scheduling and case management conference. Secured creditors may prefer to refrain from filing such motions until after the conference.

In order to provide sufficient information to meaningfully discuss management of the case, **IT IS HEREBY ORDERED** that:

1. By 6/3/21, the debtor in possession must file with the court and serve on the United States Trustee:

   a. A report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization.

   b. A cash flow analysis, prepared on a weekly basis, for the upcoming 120–day period.

   c. Historical financial information for the past 3 years. If there is a seasonal variation in the debtor's income and expenses, the historical financial information must include monthly recaps of income and expenses.

   d. A statement of income and expenses since the date of filing of the petition with an indication as to the amount of paid and unpaid expenses.

   e. A monthly budget showing the expected costs of professional services that the debtor in possession expects to incur during the chapter 11 case.

2. Any party who believes that the estate is liable for attorneys' fees, other professional fees, or costs must file a monthly budget indicating the projected fees which the estate will be asked to pay.

**NOTICE IS FURTHER GIVEN** that if the debtor in possession fails to appear as required or fails to file and serve the information required by the order, this case may be dismissed or converted to a case under chapter 7 without further notice or hearing unless, at least 3 days before the date for the case management conference, a party in interest files the following with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204:

1. a written objection to dismissal or conversion, setting forth the specific grounds for the objection; and

2. a certificate showing the objection has been served on NICHOLAS J HENDERSON, Motschenbacher & Blattner, LLP, 117 SW Taylor Street, Ste 300, Portland, OR 97204 and Amy E Mitchell, POB 2289, Lake Oswego OR, 97035.

###