| 02/10/2022 | | Judge David W Hercher |
|---|---|---|
| 09:00 21-31142-dwh11 | Edward A. Ariniello, Jr. - db | NICHOLAS J HENDERSON |
| | Solomon et al -cr | GARRETT LEDGERWOOD |
| | Amy E Mitchell -tr | |
| | US Trustee, Portland -ust | CHRISTIAN TORIMINO |

**Matter: Confirmation Hearing**

**Matter: Motion to Waive Notice Requirement for Approval of Compromise Filed by Debtor Edward A. Ariniello Jr. (HENDERSON, NICHOLAS) Doc#86**

**Matter: Motion to Extend Time to File Chapter 11 Plan Filed by Debtor Edward A. Ariniello Jr. (HENDERSON, NICHOLAS) Doc# 28**

**Matter: Objection to Exemption Filed by Robert D. Solomon, Solomon Management, Inc. Re: 19 Missing Documents: All Schedules and Summary of Assets and Liabilities and Declaration; Attorney Disclosure Statement; Statement of Financial Affairs and Declaration Filed By Debtor Edward A. Ariniello Jr. (SEXTON, TROY) Modified on 6/1/2021 Corrected Docket Text (krw). (LEDGERWOOD, GARRETT) Modified on 1/4/2022 (tlh). Modified to add Objection to Exemption. Doc# 69**

Summary of Proceedings

For the reasons stated on the record, the court will deny the motion to waive notice requirement [86]. The proposed settlement should be incorporated in an amended plan.

Adjourned confirmation hearing will be held 3/23/2022 at 1:30 pm by video. Notice of the amended plan and hearing should include (1) clean and comparison versions of the plan and (2) notice that (a) objections to the plan changes and new or changed ballots are due 28 days after service, (b) absent a timely objection to the plan changes, any previously timely filed objection will remain in effect, and (c) absent a timely new or changed ballot, any previously timely submitted ballot will remain in effect. Objection to exemption [69] rescheduled for the same date.

There being no objection, motion to extend time to file plan [28] will be granted.

Order to be prepared by: _____ Clerk's Office    _____ Chambers    Other:

Minute Order: The court GRANTS motion to extend time to file chapter 11 plan [28] and DENIES motion to waive notice requirement for approval of compromise [86].

David W. Hercher
U.S. Bankruptcy Judge