UNITED STATES BANKRUPTCY COURT
District of Oregon

| | |
|---|---|
| In re ) | |
| **Edward A. Ariniello, Jr.** ) | Case No. **21-31142-dwh11** |
| Debtor(s) ) | |
| ) | Judge Peter C McKittrick |
| ) | Relief from Stay |
| ) | Hearing Date: **02/15/2022** |

JESSIE YOUNG     __X__ No appearance     NICHOLAS J HENDERSON     __X__ No appearance

Attorney for Moving Party                      Attorney for Opposing Party

**Matter: Continued Hearing on Motion for Relief From Stay Fee Exempt. Filed by Creditor United States of America/ IRS. Doc# 55**

       ____ Continued preliminary hearing to be held on _____ by telephone.
       ____ Final hearing to be held on _____ in/via
       _X_ Stay remains in effect.

Other:

       ____ Agreed order being circulated.
       ____ Parties negotiating and request one more set-over.
       ____ Need time to exchange accounting.
       ____ Parties unable to resolve and request evidentiary hearing. Hearing to be set and noticed by CRD.
       _X_ Off calendar; may be reset at request of either party.
       ____ Motion denied. Order to be lodged by
       ____ Motion granted. Order to be lodged by
       ____ Stay to remain in effect until entry of an order otherwise, and parties agree to extend 60 day time period of 11 U.S.C §362(e)(2)(B) to the extent necessary to accommodate hearing date.

Notes: No appearance by either counsel. The Court will take this matter off calendar with the right to reset by either party.